DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IT'S A NEW 10, LLC, IT'S A 10, INC.,** and **CAROLYN ARONSON,**
Appellants,

v.

**MICHAEL WILSON, WILSON BOLYN BUSINESS DEVELOPMENT, INC.,**
and **CONJURE HAIR CARE, INC.,**
Appellees.

No. 4D2024-1638

[October 30, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case Nos. CACE15-001127, CACE15-002830, CACE18-019706, CACE18-026579.

Allen P. Pegg and Robert C. Leitner of Hogan Lovells US LLP, Miami, and Robert B. Miller of Robert B. Miller Law, LLC, Miami Beach, for appellants.

Leonard K. Samuels and Fred O. Goldberg of Berger Singerman LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***